IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVINA C. DISNEY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:05-CV-131-Y |
| | § | |
| THE SPORTS AUTHORITY, INC. | § | |
| and TSA STORES, INC. | § | |

FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58,

It is hereby ORDERED, ADJUDGED, and DECREED that all claims in this cause are hereby DISMISSED WITH PREJUDICE. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED September 14, 2005.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah